**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1055**

In re: PETER BERNEGGER,

                    Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:15-cv-01495-LMB-IDD)

Submitted:  April 19, 2016          Decided:  April 22, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter Bernegger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Bernegger appeals the district court's order denying in part and granting in part his motion filed under Fed. R. Civ. P. 59(e), and denying his Fed. R. Civ. P. 27(a) petition. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma papueris and affirm the district court's order. In re: Peter Bernegger, No. 1:15-cv-01495-LMB-IDD (E.D. Va. Dec. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED